■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMOS WHITTED, Appellant.—Appeal by the defendant from a judgment of the County Court, Dutchess County (King, J.), rendered May 24, 1985, convicting him of robbery in the first degree and robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention, *inter alia,* that he was denied his due process right to a fair trial because of specific instances of prosecutorial misconduct is without merit. Of those allegedly prejudicial remarks of the prosecutor during summation which were properly preserved for appellate review *(see, People v Medina,* 53 NY2d 951), none exceeded the bounds of permissible rhetorical comment *(see, People v Galloway,* 54 NY2d 396).

We have examined the defendant's remaining contentions raised by his attorney and by him *pro se* and find them to be either without merit or unpreserved for appellate review. Kooper, J. P., Spatt, Harwood and Rosenblatt, JJ., concur.